```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FRANCIS LUCCHESE-SOTO, individually
and on behalf of all others similarly situated,

                                          Plaintiff,

-against-

THE CRITERION COLLECTION, LLC,

                                          Defendant.

ORDER

24-CV-7345 (VEC)

24-CV-7354 (VEC)

-------------------------------------------------------------X
KEVIN MCGUIRE, MATTHEW WICKHAM,
and AMITAI HELLER, on Behalf of Themselves
and All Others Similarly Situated,

                                          Plaintiffs,

-against-

THE CRITERION COLLECTION, LLC d/b/a
THE CRITERION CHANNEL,

                                          Defendant
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 22, 2024, the parties to *Francis Lucchese-Soto v. The Criterion Collection, LLC*, 24-CV-07345 (the "Soto Action") filed a joint letter requesting the Court consolidate the Soto Action with *McGuire et al v. The Criterion Collection, LLC d/b/a The*

*Criterion Channel*, 24-CV-07354 (the "McGuire Action"), *see* Dkt. 10, and the parties in the McGuire Action filed a joint letter requesting the same, *see* McGuire Action, Dkt. 14; and

WHEREAS the parties also propose a schedule for the filing of an Amended Consolidated Complaint and request an adjournment of the Initial Pretrial Conference until after the Consolidated Complaint has been filed, Soto Action, Dkt. 10; McGuire Action, Dkt. 14;

IT IS HEREBY ORDERED that the parties' joint motions are GRANTED. The McGuire Action, 24-CV-07354, is consolidated with the Soto Action. The Soto Action will be the controlling case for the two consolidated cases. No further filings shall be made under case number 24-CV-07354. All pleadings filed in case number 24-CV-07354 maintain their legal relevance.

IT IS FURTHER ORDERED that the Clerk of Court administratively close case number 24-CV-07354.

IT IS FURTHER ORDERED that, by not later than **Friday, December 6, 2024**, Plaintiffs must file an Amended Consolidated Complaint, and Defendant's deadline to respond to the Consolidated Complaint is **Tuesday, January 21, 2025**. If Defendant moves to dismiss the Amended Consolidated Complaint, Plaintiffs' response to the motion to dismiss must be filed not later than **Tuesday, February 18, 2025**, and Defendant's reply must be filed not later than **Tuesday, March 4, 2025**.

IT IS FURTHER ORDERED that the Initial Pretrial Conference scheduled for Friday, December 6, 2024, at 10:00 A.M. is ADJOURNED to **Friday, January 31, 2025, at 10:00 A.M**. The parties' deadline to submit a joint letter and proposed case management plan in accordance with the Court's Order at Dkt. 5 is extended from Wednesday, November 27, 2024, to **Thursday, January 23, 2025**.

The Clerk of Court is respectfully directed to terminate the open motions in the Soto Action at Dkt. 10 and in the McGuire Action at Dkt. 14.

**SO ORDERED.**

**Date: November 25, 2024**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**