**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRANCIS LUCCHESE-SOTO, KEVIN MCGUIRE, MATTHEW WICKHAM, and AMITAI HELLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CRITERION COLLECTION, LLC,<br><br>Defendant. | Case No. 1:24-cv-07345-VEC |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of The Criterion Collection, LLC's ("Criterion") Motion to Dismiss, dated January 21, 2025, and all prior pleadings, papers, and proceedings in this matter, Defendant Criterion, by and through its undersigned counsel, moves this Court before the Honorable Valerie Caproni, United States District Judge, United States District Court, Southern District of New York, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 20C, New York, New York 10007, on a date and time to be designated by the Court, for an Order dismissing Count II, III, and IV of Plaintiffs' Consolidated Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: January 21, 2025
New York, New York

**HOLLAND & KNIGHT LLP**

Mark S. Melodia
Stosh M. Silivos
787 Seventh Avenue, 31st Floor
New York, New York 10019
(212) 513-3200
mark.melodia@hklaw.com
stosh.silivos@hklaw.com

*Attorneys for Defendant The Criterion Collection, LLC*