# BURSOR & FISHER
P.A.

1330 Avenue of the Americas  
32nd Floor  
New York, NY 10019  
www.bursor.com

YITZCHAK KOPEL  
Tel: 646.837.7127  
Fax: 212.989.9163  
ykopel@bursor.com

April 4, 2025

*Via ECF*  
The Honorable Valerie E. Caproni  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

    Re: *Soto et al. v. The Criterion Collection, LLC,* Case No. 1:24-cv-07345-VEC  
          **Joint Letter of Notice of Settlement In Principle with Proposed Schedule**

Dear Judge Caproni,

    I represent Plaintiffs in the above matter. Together with my co-counsel and counsel for Defendant The Criterion Collection, LLC (together the "Parties"), I write jointly to advise the Court that the Parties have executed a term sheet for a class action settlement and to propose next steps.

    The Parties now respectfully propose the following schedule to facilitate finalizing the settlement: (i) the Plaintiffs will file an amended complaint by Monday April 14, 2025; and (ii) the Plaintiffs will file a motion for Preliminary Approval of the Class Action Settlement by Wednesday, May 14, 2025, thirty days after the filing of the amended complaint. All Parties are in agreement regarding this proposed schedule.

                                                               Respectfully submitted,

                                                               Yitzchak Kopel

CC: All Counsel of Record (Via ECF)