**EXHIBIT 2**

## **B&F HOURLY RATES**

(As of 5/1/2025)

### **2025**

| Timekeeper (Class Year) (Title) | 2025 Rate |
|---|---|
| Scott A. Bursor (1997) (Partner) | $1250 |
| L. Timothy Fisher (1997) (Partner) | $1250 |
| Joseph I. Marchese (2002) (Partner) | $1200 |
| Josh D. Arisohn (2007) (Partner) | $1050 |
| Sarah N. Westcot (2009) (Partner) | $1000 |
| Neal J. Deckant (2011) (Partner) | $950 |
| Yitz Z. Kopel (2012) (Partner) | $925 |
| Philip L. Fraietta (2014) (Partner) | $900 |
| Alec M. Leslie (2016) (Partner) | $850 |
| Daniel S. Guerra (2009) (Senior Associate) | $900 |
| Victoria Sheehy (2003) (Senior Staff Attorney) | $900 |
| Andrew J. Obergfell (2016) (Counsel) | $850 |
| Stephen A. Beck (2018) (Associate) | $750 |
| Stefan Bogdanovich (2018) (Associate) | $750 |
| Max S. Roberts (2019) (Associate) | $700 |
| Matthew A. Girardi (2020) (Associate) | $650 |
| Julian C. Diamond (2020) (Associate) | $650 |
| Julia K. Venditti (2020) (Associate) | $650 |
| Jenna L. Gavenman (2022) (Staff Attorney) | $525 |
| Emily A. Horne (2022) (Associate) | $525 |
| Ira Rosenberg (2022) (Associate) | $525 |
| Luke Sironski-White (2022) (Associate) | $525 |
| Luis R. Fernandez (2022) (Staff Attorney) | $525 |
| Ines Diaz-Villafana (2023) (Associate) | $500 |
| Caroline C. Donovan (2023) (Associate) | $500 |
| Joshua B. Glatt (2023) (Associate) | $500 |
| Kyle Gordon (2023) (Associate) | $500 |
| Joshua L. Wilner (2023) (Associate) | $500 |
| Victoria Zhou (2023) (Associate) | $500 |
| Eleanor R. Grasso (2024) (Associate) | $450 |
| Logan J. Hagerty (2024) (Associate) | $450 |
| Karen Valenzuela (2024) (Associate) | $450 |
| Ryan B. Martin (2024) (Associate) | $450 |
| Debbie L. Schroeder (Senior Litigation Support Specialist) | $400 |
| Rebecca S. Richter (Senior Litigation Support Specialist) | $400 |
| J. Georgina McCulloch (Senior Litigation Support Specialist) | $400 |
| Molly C. Sasseen (Senior Litigation Support Specialist) | $400 |
| Steven E. Riley (Senior Litigation Support Specialist) | $400 |

| | |
|---|---|
| Alicia M. Winfield (Senior Litigation Support Specialist) | $400 |
| Judy Fontanilla (Senior Litigation Support Specialist) | $400 |
| Aaliyah Alfred (Litigation Support Specialist) | $350 |
| Alex Riggsby (Litigation Support Specialist) | $350 |
| Hannah Grunden (Litigation Support Specialist) | $350 |
| Alex J. Riggsby (Litigation Support Specialist) | $350 |
| Cesar A. Zamudio (Litigation Support Specialist) | $350 |
| Jade A. Greer (Litigation Support Specialist) | $350 |
| Jessica A. Kelley (Litigation Support Specialist) | $350 |
| Monica A. Castro (Litigation Support Specialist) | $350 |
| Ashley Dever (Litigation Support Specialist) | $350 |
| Gabriela Morales (Litigation Support Specialist) | $350 |
| Brian Palmer (Litigation Support Specialist) | $350 |
| Ariana Danao (Litigation Support Specialist) | $350 |
| Sarah Abraham (Litigation Support Specialist) | $350 |
| Elvira M. Zamora (Litigation Support Specialist) | $350 |
| Javier A. Garcia (Litigation Support Specialist) | $350 |
| Katherine N. Blanco (Litigation Support Specialist) | $350 |
| Karina M. Amador (Litigation Support Specialist) | $350 |
| Melissa Boente (Litigation Support Specialist) | $350 |
| Erika Powell (Litigation Support Specialist) | $350 |
| Kaylyn N. Rodriguez (Litigation Support Specialist) | $350 |

| Criterion Channel VPPA Lodestar | | | |
|---|---|---|---|
| | | | |
| **ATTY** | **HOURS** | **RATE** | **TOTAL** |
| YZK | 34.3 | $ 925.00 | $31,727.50 |
| AJO | 13.3 | $ 850.00 | $11,305.00 |
| MSR | 34.1 | $ 700.00 | $23,870.00 |
| VXZ | 47.3 | $ 500.00 | $23,650.00 |
| CAR | 23.7 | $ 450.00 | $10,665.00 |
| RSR | 1.5 | $ 400.00 | $600.00 |
| AMW | 0.9 | $ 400.00 | $360.00 |
| JAK | 1.3 | $ 350.00 | $455.00 |
| JAG | 0.5 | $ 350.00 | $175.00 |
| | 156.9 | | $102,807.50 |
| | | | |
| | | Expenses: | $33,233.39 |
| | | | |
| | | **Total:** | **$136,040.89** |

Bursor Fisher, P.A. - Criterion Channel VPPA Billing Diaries

| DATE | MATTER | ATTY | DESCRIPTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 2024.08.02 | Criterion Channel VPPA | MSR | research criterion channel proposal for testing and conduct conflict check | 0.7 | $700.00 | $490.00 |
| 2024.08.13 | Criterion Channel VPPA | MSR | attend presentation on Criterion testing results | 0.4 | $700.00 | $280.00 |
| 2024.08.13 | Criterion Channel VPPA | VXZ | attend presentation on Criterion testing results | 0.4 | $500.00 | $200.00 |
| 2024.08.13 | Criterion Channel VPPA | YZK | attend presentation on Criterion testing results | 0.4 | $925.00 | $370.00 |
| 2024.09.09 | Criterion Channel VPPA | JAK | hold call with Soto and work with him to execute retainer | 1.3 | $350.00 | $455.00 |
| 2024.09.20 | Criterion Channel VPPA | MSR | attend team meeting re next steps for Criterion | 0.3 | $700.00 | $210.00 |
| 2024.09.24 | Criterion Channel VPPA | AJO | Draft Complaint | 5.9 | $850.00 | $5,015.00 |
| 2024.09.25 | Criterion Channel VPPA | AJO | Continue drafting complaint | 0.4 | $850.00 | $340.00 |
| 2024.09.26 | Criterion Channel VPPA | AJO | Continue drafting complaint; edit and finalize; circulate to internal team | 6.6 | $850.00 | $5,610.00 |
| 2024.09.26 | Criterion Channel VPPA | VXZ | review and revise complaint | 2.1 | $500.00 | $1,050.00 |
| 2024.09.26 | Criterion Channel VPPA | VXZ | call with plaintiff to confirm facts and inform of near final complaint requiring approval | 0.2 | $500.00 | $100.00 |
| 2024.09.26 | Criterion Channel VPPA | YZK | work on complaint | 1.3 | $925.00 | $1,202.50 |
| 2024.09.27 | Criterion Channel VPPA | AMW | Drafted summons, CCS and filed complaint | 0.3 | $400.00 | $120.00 |
| 2024.09.27 | Criterion Channel VPPA | VXZ | finalize and file | 1.7 | $500.00 | $850.00 |
| 2024.09.27 | Criterion Channel VPPA | YZK | collaborate on complaint | 1.2 | $925.00 | $1,110.00 |
| 2024.10.02 | Criterion Channel VPPA | MSR | attend call re related case (.7); review McGuire complaint (.4) | 1.1 | $700.00 | $770.00 |
| 2024.10.02 | Criterion Channel VPPA | VXZ | attend meeting re McGuire (.7); review complaint (.2) | 0.9 | $500.00 | $450.00 |
| 2024.10.02 | Criterion Channel VPPA | VXZ | draft and send waiver of service | 0.3 | $500.00 | $150.00 |
| 2024.10.02 | Criterion Channel VPPA | YZK | call re LK case (.8) | 0.8 | $925.00 | $740.00 |
| 2024.10.03 | Criterion Channel VPPA | AMW | Filed waiver of service | 0.2 | $400.00 | $80.00 |
| 2024.10.03 | Criterion Channel VPPA | VXZ | calendar deadline for answer and ask AMW to file service waiver | 0.3 | $500.00 | $150.00 |
| 2024.10.07 | Criterion Channel VPPA | VXZ | confirm service waiver filed with AMW | 0.1 | $500.00 | $50.00 |
| 2024.11.01 | Criterion Channel VPPA | MSR | Call w/ team re: upcoming deadlines, impact of Yippee MTC Arb decision on this case | 0.1 | $700.00 | $70.00 |
| 2024.11.01 | Criterion Channel VPPA | VXZ | call with team re yippee mtc arb decision impact and deadlines | 0.1 | $500.00 | $50.00 |
| 2024.11.07 | Criterion Channel VPPA | MSR | prepare for call with defense counsel (.3); attend call (.5) | 0.8 | $700.00 | $560.00 |
| 2024.11.07 | Criterion Channel VPPA | VXZ | review emails from D counsel and confer with team re same | 0.3 | $500.00 | $150.00 |
| 2024.11.07 | Criterion Channel VPPA | YZK | prep for and attend call with defense counsel re consolidation | 0.8 | $925.00 | $740.00 |
| 2024.11.12 | Criterion Channel VPPA | YZK | conf w counsel re consolidation | 0.5 | $925.00 | $462.50 |
| 2024.11.15 | Criterion Channel VPPA | MSR | Call w/ L&K re: consolidated complaint | 0.5 | $700.00 | $350.00 |
| 2024.11.15 | Criterion Channel VPPA | YZK | mtg with L&K re collaboration | 0.5 | $925.00 | $462.50 |
| 2024.11.21 | Criterion Channel VPPA | VXZ | draft consolidated complaint | 2.1 | $500.00 | $1,050.00 |
| 2024.11.22 | Criterion Channel VPPA | VXZ | draft FAC (4.5); draft JPA (.8); calendar order (.1) | 5.4 | $500.00 | $2,700.00 |
| 2024.11.25 | Criterion Channel VPPA | MSR | Review + edit JPA (0.1); review + edit consolidated complaint (5.8) | 5.9 | $700.00 | $4,130.00 |
| 2024.12.04 | Criterion Channel VPPA | MSR | Review edits to CAC + make additional edits | 0.7 | $700.00 | $490.00 |
| 2024.12.06 | Criterion Channel VPPA | MSR | Finalize + file FAC and NOAs | 0.3 | $700.00 | $210.00 |
| 2025.01.14 | Criterion Channel VPPA | MSR | Call w/ YZK re: 26(f) report, settlement letter | 0.1 | $700.00 | $70.00 |
| 2025.01.14 | Criterion Channel VPPA | MSR | review and revise settlement letter | 0.2 | $700.00 | $140.00 |
| 2025.01.14 | Criterion Channel VPPA | YZK | draft 26(f) materials (.9); conf w/ MSR re same (.1) | 1.0 | $925.00 | $925.00 |
| 2025.01.14 | Criterion Channel VPPA | YZK | draft rule 408 ltr | 0.5 | $925.00 | $462.50 |
| 2025.01.15 | Criterion Channel VPPA | MSR | Call w/ YZK re: 26(f) report | 0.1 | $700.00 | $70.00 |
| 2025.01.15 | Criterion Channel VPPA | YZK | conf w/ MSR re 26(f) | 0.2 | $925.00 | $185.00 |
| 2025.01.21 | Criterion Channel VPPA | MSR | attend rule 26(f) conference | 0.4 | $700.00 | $280.00 |
| 2025.01.21 | Criterion Channel VPPA | MSR | draft email re proposed mediators | 0.2 | $700.00 | $140.00 |
| 2025.01.22 | Criterion Channel VPPA | MSR | review MTD (.7); conduct research and take notes re same (.5) | 1.2 | $700.00 | $840.00 |
| 2025.01.22 | Criterion Channel VPPA | VXZ | review MTD | 0.6 | $500.00 | $300.00 |
| 2025.01.23 | Criterion Channel VPPA | MSR | Review + edit 26(f) report and joint letter | 0.7 | $700.00 | $490.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2025.01.23 | Criterion Channel VPPA | MSR | call with YZK re MTD | 0.6 | $700.00 | $420.00 |
| 2025.01.23 | Criterion Channel VPPA | YZK | conf w/ MSR re MTD and next steps | 0.6 | $925.00 | $555.00 |
| 2025.01.30 | Criterion Channel VPPA | MSR | Draft joint letter requesting stay | 0.1 | $700.00 | $70.00 |
| 2025.01.30 | Criterion Channel VPPA | YZK | review draft letter | 0.2 | $925.00 | $185.00 |
| 2025.02.03 | Criterion Channel VPPA | MSR | Call w/ team re: mediation brief | 0.1 | $700.00 | $70.00 |
| 2025.02.03 | Criterion Channel VPPA | VXZ | discuss status with team | 0.1 | $500.00 | $50.00 |
| 2025.02.05 | Criterion Channel VPPA | MSR | Call w/ L&K re: mediation statement | 0.9 | $700.00 | $630.00 |
| 2025.02.05 | Criterion Channel VPPA | YZK | call with LK re collab on mediation brief | 0.9 | $925.00 | $832.50 |
| 2025.02.11 | Criterion Channel VPPA | VXZ | confirm and calendar mediation with M. Isserles | 0.3 | $500.00 | $150.00 |
| 2025.02.27 | Criterion Channel VPPA | MSR | Call w/ YZK + VXZ re: mediation statement | 0.1 | $700.00 | $70.00 |
| 2025.02.27 | Criterion Channel VPPA | VXZ | confer with team re mediation statement | 0.2 | $500.00 | $100.00 |
| 2025.03.17 | Criterion Channel VPPA | VXZ | join call with criterion mediator | 0.8 | $500.00 | $400.00 |
| 2025.03.17 | Criterion Channel VPPA | YZK | attend call with mediator | 0.7 | $925.00 | $647.50 |
| 2025.03.18 | Criterion Channel VPPA | VXZ | draft mediation statement | 0.6 | $500.00 | $300.00 |
| 2025.03.19 | Criterion Channel VPPA | VXZ | draft mediation statement | 4.1 | $500.00 | $2,050.00 |
| 2025.03.20 | Criterion Channel VPPA | VXZ | draft mediation statement | 2.4 | $500.00 | $1,200.00 |
| 2025.03.21 | Criterion Channel VPPA | VXZ | draft mediation statement | 4.7 | $500.00 | $2,350.00 |
| 2025.03.22 | Criterion Channel VPPA | VXZ | draft mediation statement | 4.3 | $500.00 | $2,150.00 |
| 2025.03.24 | Criterion Channel VPPA | MSR | Review mediation statement | 1.3 | $700.00 | $910.00 |
| 2025.03.24 | Criterion Channel VPPA | VXZ | make edits to mediation statement and term sheet | 1.3 | $500.00 | $650.00 |
| 2025.03.24 | Criterion Channel VPPA | YZK | work on mediation statment | 1.4 | $925.00 | $1,295.00 |
| 2025.03.26 | Criterion Channel VPPA | VXZ | review mediation statements | 0.4 | $500.00 | $200.00 |
| 2025.04.01 | Criterion Channel VPPA | MSR | Review D's mediation statement (0.7); prep for mediation (0.5) | 1.2 | $700.00 | $840.00 |
| 2025.04.01 | Criterion Channel VPPA | YZK | review Criterion mediation statement | 0.5 | $925.00 | $462.50 |
| 2025.04.02 | Criterion Channel VPPA | MSR | Mediation | 9.3 | $700.00 | $6,510.00 |
| 2025.04.02 | Criterion Channel VPPA | YZK | prep for and attend mediation | 9.5 | $925.00 | $8,787.50 |
| 2025.04.03 | Criterion Channel VPPA | VXZ | call with yzk (.3), draft letter notice of settlement (.5) | 0.8 | $500.00 | $400.00 |
| 2025.04.03 | Criterion Channel VPPA | YZK | call with VXZ re next steps (.3); review draft letter (.2) | 0.5 | $925.00 | $462.50 |
| 2025.04.04 | Criterion Channel VPPA | AMW | Filed Joint letter | 0.2 | $400.00 | $80.00 |
| 2025.04.11 | Criterion Channel VPPA | MSR | Confer w/ team re: amended complaint | 0.1 | $700.00 | $70.00 |
| 2025.04.11 | Criterion Channel VPPA | MSR | review and comment on draft complaint | 1.4 | $700.00 | $980.00 |
| 2025.04.11 | Criterion Channel VPPA | VXZ | call with team and monday plan (.1); finalize FAC and send to D counsel for review (3.7) | 3.8 | $500.00 | $1,900.00 |
| 2025.04.14 | Criterion Channel VPPA | AMW | Filed FAC | 0.2 | $400.00 | $80.00 |
| 2025.04.14 | Criterion Channel VPPA | VXZ | finalize and file FAC | 0.6 | $500.00 | $300.00 |
| 2025.04.21 | Criterion Channel VPPA | YZK | work on SA and notice docs | 1.9 | $925.00 | $1,757.50 |
| 2025.04.22 | Criterion Channel VPPA | VXZ | review and draft SA exhibits | 2.9 | $500.00 | $1,450.00 |
| 2025.04.22 | Criterion Channel VPPA | YZK | work on SA (.4) and bids (.3) | 0.7 | $925.00 | $647.50 |
| 2025.05.05 | Criterion Channel VPPA | VXZ | confer with epiq re settlement bid | 0.8 | $500.00 | $400.00 |
| 2025.05.05 | Criterion Channel VPPA | YZK | work on admin selection | 0.9 | $925.00 | $832.50 |
| 2025.05.07 | Criterion Channel VPPA | YZK | work on settlement admin | 0.8 | $925.00 | $740.00 |
| 2025.05.14 | Criterion Channel VPPA | RSR | Formatted and prepared tables for Prelim Approval motion (.4) | 0.4 | $400.00 | $160.00 |
| 2025.05.14 | Criterion Channel VPPA | YZK | work on PA papers and exhibits | 6.5 | $925.00 | $6,012.50 |
| 2025.05.23 | Criterion Channel VPPA | VXZ | calendar deadlines on prelim approval order, notice, and final approval | 0.6 | $500.00 | $300.00 |
| 2025.06.02 | Criterion Channel VPPA | MSR | review and comment on draft script for IVR | 0.4 | $700.00 | $280.00 |
| 2025.06.02 | Criterion Channel VPPA | MSR | review and make revisions to settlement website | 0.6 | $700.00 | $420.00 |
| 2025.06.09 | Criterion Channel VPPA | MSR | conf w/ VXZ re fee brief | 0.2 | $700.00 | $140.00 |
| 2025.06.09 | Criterion Channel VPPA | VXZ | call with team and assign fee brief to a summer | 0.2 | $500.00 | $100.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2025.06.10 | Criterion Channel VPPA | MSR | review correspondence from Kroll re reverse email search (.2); discuss same with YZK (.3); email communications with defense counsel re same (.2) | 0.7 | $700.00 | $490.00 |
| 2025.06.10 | Criterion Channel VPPA | YZK | conf w. MSR re administrative issues | 0.3 | $925.00 | $277.50 |
| 2025.06.12 | Criterion Channel VPPA | CAR | conduct research for final approval and fee briefing | 5.3 | $450.00 | $2,385.00 |
| 2025.06.12 | Criterion Channel VPPA | YZK | instruct summer associate on fee brief | 0.9 | $925.00 | $832.50 |
| 2025.06.13 | Criterion Channel VPPA | CAR | Drafting fee brief | 5.6 | $450.00 | $2,520.00 |
| 2025.06.16 | Criterion Channel VPPA | RSR | Prepared T&E exhibits for fee brief (.4) | 0.4 | $400.00 | $160.00 |
| 2025.06.17 | Criterion Channel VPPA | MSR | review claim form submission process | 0.3 | $700.00 | $210.00 |
| 2025.06.20 | Criterion Channel VPPA | CAR | meeting with VXZ re criterion briefing | 0.8 | $450.00 | $360.00 |
| 2025.06.20 | Criterion Channel VPPA | VXZ | discuss fee brief assignment, class settlement structures, etc with CAR | 0.8 | $500.00 | $400.00 |
| 2025.06.23 | Criterion Channel VPPA | JAG | Return call from class member from over the weekend | 0.1 | $350.00 | $35.00 |
| 2025.06.23 | Criterion Channel VPPA | MSR | correspondence with Kroll re countering phishing attempts in online claim form | 0.9 | $700.00 | $630.00 |
| 2025.06.23 | Criterion Channel VPPA | VXZ | review and respond to settlement admin emails | 0.2 | $500.00 | $100.00 |
| 2025.06.24 | Criterion Channel VPPA | JAG | Assist J. Hall class member and reach out to admin re site bug | 0.2 | $350.00 | $70.00 |
| 2025.06.24 | Criterion Channel VPPA | MSR | Call w/ YZK + VXZ re: final approval and fee brief | 0.1 | $700.00 | $70.00 |
| 2025.06.25 | Criterion Channel VPPA | RSR | Continued responding to class member inquiries re settlement (.1) | 0.1 | $400.00 | $40.00 |
| 2025.06.26 | Criterion Channel VPPA | RSR | Continued responding to class member inquiries re settlement (.2) | 0.2 | $400.00 | $80.00 |
| 2025.07.01 | Criterion Channel VPPA | MSR | correspondence with Kroll re non-US claimants | 0.3 | $700.00 | $210.00 |
| 2025.07.03 | Criterion Channel VPPA | MSR | correspondence with Kroll re email notice bounce backs | 0.2 | $700.00 | $140.00 |
| 2025.07.03 | Criterion Channel VPPA | VXZ | review updates from settlement admin | 0.1 | $500.00 | $50.00 |
| 2025.07.07 | Criterion Channel VPPA | VXZ | review and revise final approval docs | 0.9 | $500.00 | $450.00 |
| 2025.07.08 | Criterion Channel VPPA | RSR | Continued responding to class member inquiries re settlement (.2) | 0.2 | $400.00 | $80.00 |
| 2025.07.10 | Criterion Channel VPPA | MSR | Call w/ team re: final approval/mtn for attorneys' fees docs, status of notice | 0.1 | $700.00 | $70.00 |
| 2025.07.14 | Criterion Channel VPPA | VXZ | reviewed claims rate and analytics | 1.4 | $500.00 | $700.00 |
| 2025.07.17 | Criterion Channel VPPA | MSR | review email Kroll re deficient claims (.1); discuss same with YZK (.3); correspondence with Kroll re same (.2) | 0.6 | $700.00 | $420.00 |
| 2025.07.17 | Criterion Channel VPPA | YZK | Conf w/ MSR re deficient claims | 0.3 | $925.00 | $277.50 |
| 2025.07.21 | Criterion Channel VPPA | MSR | Call w/ team re: final approval/fee brief | 0.1 | $700.00 | $70.00 |
| 2025.07.21 | Criterion Channel VPPA | VXZ | discuss stats with team, yzk to review | 0.2 | $500.00 | $100.00 |
| 2025.07.22 | Criterion Channel VPPA | RSR | Attn to settlement inquiries (.2) | 0.2 | $400.00 | $80.00 |
| 2025.07.30 | Criterion Channel VPPA | JAG | Assist class member | 0.2 | $350.00 | $70.00 |
| 2025.09.09 | Criterion Channel VPPA | MSR | review client details to confirm standing and conduct conflicts check | 0.8 | $700.00 | $560.00 |
| 2025.09.20 | Criterion Channel VPPA | AJO | meeting re Criterion complaint | 0.4 | $850.00 | $340.00 |
| 2025.09.20 | Criterion Channel VPPA | VXZ | attend team meeting re next steps for Criterion | 0.3 | $500.00 | $150.00 |
| 2025.09.20 | Criterion Channel VPPA | YZK | attend team meeting re next steps for Criterion | 0.3 | $925.00 | $277.50 |
| 2025.02.27 | Criterion Channel VPPA | YZK | plan with team for mediation statement | 0.2 | $925.00 | $185.00 |
| 2025.06.16 | Criterion Channel VPPA | CAR | Drafting FA brief | 7.4 | $450.00 | $3,330.00 |
| 2025.06.17 | Criterion Channel VPPA | CAR | Drafting FA brief | 3.5 | $450.00 | $1,575.00 |
| 2025.06.18 | Criterion Channel VPPA | CAR | Drafting FA brief | 1.1 | $450.00 | $495.00 |