**EXHIBIT 4**





LAW | April 9, 2013, 4:48 p.m. ET

# On Sale: The $1,150-Per-Hour Lawyer

*Lawyer Fees Keep Growing, But Don't Believe Them. Clients Are Demanding, and Getting, Discounts*

By JENNIFER SMITH

Top partners at leading U.S. law firms are charging more than ever before, yet those hourly rates aren't all they appear to be.



Top partners at leading U.S. law firms are charging more than ever -- routinely $1,150 or more an hour -- but after discounts and write-offs the nosebleed rates aren't all they appear to be. Jennifer Smith reports. Photo: Getty Images.

Having blown past the once-shocking price tag of $1,000 an hour, some sought-after deal, tax and trial lawyers are commanding hourly fees of $1,150 or more, according to an analysis of billing rates compiled from public filings.

But, as law firms boost their standard rates, many are softening the blow with widespread discounts and write-offs, meaning fewer clients are paying full freight. As a result, law firms on average are actually collecting fewer cents on the dollar, compared with their standard, or "rack," rates, than they have in years.

Think of hourly fees "as the equivalent of a sticker on the car at a dealership," said legal consultant Ward Bower, a principal at Altman Weil Inc. "It's the beginning of a negotiation....Law firms think they are setting the rates, but clients are the ones determining what they're going to pay."



James Kaczman

Star lawyers still can fetch a premium, and some of them won't budge on price. The number of partners billing $1,150-plus an hour has more than doubled since this time last year, according to Valeo Partners, a consulting firm that maintains a database of legal rates pulled from court filings and other publicly disclosed information. More than 320 lawyers in the firm's database billed at that level in the first quarter of 2013, up from 158 a year earlier.









Mossberg on Apple's New iPhones   Shark Eats Shark in Wild New Photo   Five False Assumptions About The Rich

**More in Law**
China's Baby-Milk Issues Flare Anew

**Popular Now**   What's This?

1   Where Job Growth Is Coming



That gilded circle includes tax experts such as Christopher Roman of King & Spalding LLP and Todd Maynes of Kirkland & Ellis LLP, intellectual-property partner Nader A. Mousavi of Sullivan & Cromwell LLP, and deal lawyers such as Kenneth M. Schneider of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Those lawyers and their firms either declined to comment or didn't reply to requests for comment.

When corporate legal departments need a trusted hand to fend off a hostile takeover or win a critical court battle, few general counsels will nitpick over whether a key lawyer is charging $900 an hour or $1,150 an hour. But for legal matters where their future isn't on the line, companies are pushing for—and winning—significant price breaks.

"We almost always negotiate rates down from the rack rates," said Randal S. Milch, general counsel for phone giant Verizon Communications Inc. VZ +0.29% The result, he said, is a "not-insignificant discount."

For the bread-and-butter work that many big law firms rely on, haggling has become the norm. Many clients grew accustomed to pushing back on price during the recession and continue to demand discounts.

Some companies insist on budgets for their legal work. If a firm billing by the hour exceeds a set cap, lawyers may have to write off some of that time.

Other clients refuse to work with firms who don't discount, lopping anywhere from 10% to 30% off their standard rates. Some may grant rate increases to individual partners or associates they deem worthy. Another tactic: locking in prices with tailored multiyear agreements with formulas governing whether clients grant or refuse a requested rate increase.

In practical terms, that means the gap between law firms' sticker prices and the amount of money they actually bill and collect from their clients is wider than it has been in years.

According to data collected by Thomson Reuters Peer Monitor, big law firms raised their average standard rate by about 9.3% over the past three years. But they weren't able to keep up on the collection side, where the increase over the same period was just 6%. Firms that used to collect on average about 92 cents for every dollar of standard time their lawyers worked in 2007, before the economic downturn, now are getting less than 85 cents. "That's a historic low," said James Jones, a senior fellow at the Center for the Study of the Legal Profession at Georgetown Law.

To be sure, things have certainly picked up some since the recession, when some clients flat-out refused to pay rate increases.

In the first quarter of 2013, the 50 top-grossing U.S. law firms boosted their partner rates by as much as 5.7%, billing on average between $879 and $882 an hour, according to Valeo Partners. Rates for junior lawyers, whose labors have long been a profit engine for major law firms, jumped even more.

While some clients resisted using associate lawyers during the downturn, refusing to pay hundreds of dollars an hour for inexperienced first- or second-year attorneys, the largest U.S. law firms have managed to send the needle back up again. This year, for the first time, the average rate for associates with one to four years of experience rose to $500 an hour, according to Valeo.

The increases continue the upward trend of 2012, when legal fees in general rose 4.8% and associate billing rates rose by 7.4%, according to a coming report by TyMetrix Legal Analytics, a unit of Wolters Kluwer, WKL.AE +0.95% and CEB, a research and advisory-services company. Those numbers are based on legal-spending data from more than 17,000 law firms.


2 Steps to Better Foot Health


3 Opinion: The Power of 218


4 Shooting Suspect Had Record of Gun Use


5 Jetpacks Are Coming—From New Zealand

Show 5 More



Press Release Marketing
Effective Affordable Distribution. Attract New Clients Now. Learn How!
publicity.24-7pressrelease.com/

SUPER PC Multiple Monitor
The Original Multi-Monitor Store! Buy Multi-Screen Computers & Displays
www.Multi-Monitors.com

world news cnn online
Improve Network Infrastructure. Expert Advice & Industry Trends.
techtarget.com/Network-Structure

Content from our Sponsors [?]

  

HEBREW NATIONAL　　OLVR.IT　　HCPLIVE
A Southern Spin on Grilled Franks　　Arroz con Pollo al Estilo Puertorriqueño　　Kids with Neurological Disorders No More Likely to Get Flu Vaccine

More than a dozen leaders at major law firms declined to discuss rate increases on the record, though some said privately that the increase in associate rates could be caused in part by step increases as junior lawyers gain in seniority.

Joe Sims, an antitrust partner at Jones Day and former member of the firm's partnership committee, said clients don't mind paying for associates, as long as they feel they are getting their money's worth.

Sophisticated clients, he said, tend to focus on the overall price tag for legal work, not on individual rates. "They are more concerned about how many people are working on the project and the total cost of the project," Mr. Sims said. "Clients want value no matter who is on the job."

While a handful of elite lawyers have successfully staked out the high end—the deal teams at Wachtell, Lipton, Rosen & Katz, for example—legal experts say that client pressure to control legal spending means most law firms must be considerably more flexible on price.

"There will always be some 'bet the company' problem where a client will not quibble about rates," said Mr. Jones, the Georgetown fellow. "Unfortunately, from the law firms' standpoint, that represents a small percentage of the work."

**Write to** Jennifer Smith at jennifer.smith@wsj.com

JOIN THE DISCUSSION
**36 Comments, add yours »**

MORE IN
Law »

Email   Print   Order Reprints

**OMVS Stock Pick Win**
Opportunities Abound with This Company--Invest Today, Free Info!
www.OnTheMoveSystems.com

**Mortgage Rates Hit 2.87%**
White House Program Cuts Up to $1k off Monthly Payments! (3.12% APR)
www.SeeRefinanceRates.com

**Warren Buffett Confesses**
Warren Buffetts Shocking Confession Will Change your Investing Strategy
www.MarketTrendSignal.com

**The End Of Obama?**
This looming scandal could ruin the 44th President and disrupt the...
StansberryResearch.com

## Don't Miss



Model Behavior Storms Social Media



Top Five Cars at the Frankfurt Motor Show



How Gang Rape Is Changing India's Laws

Billionaire Builds High-End Resort Town in Swiss Alps

**You Might Like**

Woman Tries to Sell Daughter's Virginity

Jeep's new Wrangler makes a statement. You might not want to hear it

**Content from our Sponsors**
What's this?

Immigrant Scientists Launch Braintrust - Create 1000 American Jobs (Immpreneur.com)

Living Together Before Marriage Stalls

Companies are increasingly choosing to generate their own power, delivering a jolt to utilities

Redbox's DVD-rental business is weaker than expected

Three Things Every Leader Should Do in a Meeting (The Inkit Network)

Made in the west doesn't always work in asia (Singapore Sessions)

How Retailers Beat Amazon At Its Own Game: INFOGRAPHIC (Meet The Future of Retail)

The Worst Business Lawyer Habit: "Punchbowling" (Legal Productivity)

## Add a Comment

View All Comments (38)

JOURNAL COMMUNITY

Community rules

To add a comment please

**Log in**

**Create an Account**
Your real name is required for commenting.

☐ Track replies to my comment

CLEAR   POST



**WSJ SUBSCRIBER'S CONTENT PROVIDES:**
- **WSJ Portfolio** a revolutionary investment tool that syncs and tracks all your investments
- **Mobile Apps** global news, in-depth analysis, and real time quotes anytime, anywhere
- **WSJ Weekend Travel**, real estate, personal finance and expanded lifestyle coverage

**SUBSCRIBE NOW**

### Editors' Picks

 Antibiotics Losing Battle Against Bugs: Report

 For TV Shows, It's a Seller's Market

 Are You Ready for a Jetpack?

 The 400 Richest Americans: Who's New on the List?

 Steps to Better Foot Health

Subscribe / Login    Back to Top

| Customer Service | Policy | Advertise | Tools & Features | More |
|---|---|---|---|---|
| Customer Center | Privacy Policy | Advertise | Apps | Register for Free |
| New! Live Help | Data Policy | Place a Classified Ad | Newsletters and Alerts | Reprints |
| Contact Us | Copyright Policy | Sell Your Home | Graphics & Photos | Content Partnerships |
| WSJ Weekend | Subscriber Agreement & Terms of Use | Sell Your Business | Columns | Conferences |
| Contact Directory | Your Ad Choices | Commercial Real Estate Ads | Topics | SafeHouse |
| Corrections | | Recruitment & Career Ads | Guides | Mobile Site |
| | | Franchising | Portfolio | News Archive |
| | | Advertise Locally | Old Portfolio | |

Jobs at WSJ    Copyright ©2013 Dow Jones & Company, Inc. All Rights Reserved