**EXHIBIT 13**

| Bursor & Fisher, P.A. - Criterion Channel VPPA Expenses | | | |
|---|---|---|---|
| | | $405.00 | Filing Fees |
| | | $12,253.46 | Mediation Fees |
| | | $193.50 | Service of Process Expenses |
| | | $20,025.58 | Research Expenses |
| | | $72.94 | Transportation Expenses |
| | | $282.91 | Catering & Meal Expenses |
| | | **$33,233.39** | **Total Expenses** |
| | | | |
| **Filing Fees** | | | |
| DATE | MATTER | AMOUNT | DESCRIPTION |
| 9/30/2024 | Criterion Channel VPPA | $405.00 | Courts/USDC-NYSD |
| | | **$405.00** | **Total Filing Fees** |
| | | | |
| **Mediation Fees** | | | |
| DATE | MATTER | AMOUNT | DESCRIPTION |
| 2/10/2025 | Criterion Channel VPPA | $14,000.00 | JAMS, Inc. |
| 4/30/2025 | Criterion Channel VPPA | -$1,746.54 | JAMS, Inc. |
| | | **$12,253.46** | **Total Mediation Fees** |
| | | | |
| **Service of Process Expenses** | | | |
| DATE | MATTER | AMOUNT | DESCRIPTION |
| 11/6/2024 | Criterion Channel VPPA | $193.50 | First Legal Network Insurance Services LLC |
| | | **$193.50** | **Total Service of Process Expenses** |
| | | | |
| **Research Expenses** | | | |
| DATE | MATTER | AMOUNT | DESCRIPTION |
| 6/14/2024 | Criterion Channel VPPA | $20,000.00 | Dynamic Analysis |
| 11/29/2024 | Criterion Channel VPPA | $10.99 | The Criterion Channel |
| 1/10/2025 | Criterion Channel VPPA | $3.60 | Pacer |
| 1/29/2025 | Criterion Channel VPPA | $10.99 | The Criterion Channel |
| | | **$20,025.58** | **Total Research Expenses** |
| | | | |
| **Transportation Expenses** | | | |
| DATE | MATTER | AMOUNT | DESCRIPTION |
| 1/31/2025 | Criterion Channel VPPA | $23.94 | Curb SVC |
| 4/3/2025 | Criterion Channel VPPA | $49.00 | LAZ Parking |
| | | **$72.94** | **Total Transportation Expenses** |
| | | | |
| **Catering & Meal Expenses** | | | |
| DATE | MATTER | AMOUNT | DESCRIPTION |
| 11/25/2024 | Criterion Channel VPPA | $79.00 | Hummus Kitchen |
| 4/2/2025 | Criterion Channel VPPA | $115.76 | The Florentine |
| 4/3/2025 | Criterion Channel VPPA | $5.77 | Uber Eats |
| 4/3/2025 | Criterion Channel VPPA | $7.69 | Uber Eats |
| 4/3/2025 | Criterion Channel VPPA | $30.92 | Uber Eats |

| 4/3/2025 | Criterion Channel VPPA | $43.77 | Uber Eats |
|---|---|---|---|
|  |  | **$282.91** | **Total Catering & Meal Expenses** |