```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
FRANCIS LUCCHESE-SOTO, individually      :
and on behalf of all others similarly situated,   :
                                                  :
                              Plaintiff,          :
                                                  :
              -against-                           :
                                                  :
THE CRITERION COLLECTION, LLC,            :
                                                  :
                              Defendant.          :
                                                  :
--------------------------------------------------------------X
KEVIN MCGUIRE, MATTHEW WICKHAM,           :
and AMITAI HELLER, on Behalf of Themselves :
and All Others Similarly Situated,        :
                                                  :
                              Plaintiffs,         :
                                                  :
              -against-                           :
                                                  :
THE CRITERION COLLECTION, LLC d/b/a       :
THE CRITERION CHANNEL,                    :
                                                  :
                              Defendant           :
                                                  :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2025

ORDER

24-CV-7345 (VEC)

24-CV-7354 (VEC)

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 22, 2024, the parties to *Francis Lucchese-Soto v. The Criterion Collection, LLC*, 24-CV-07345 (the "Soto Action") filed a joint letter requesting the Court consolidate the Soto Action with *McGuire et al v. The Criterion Collection, LLC d/b/a The Criterion Channel*, 24-CV-07354 (the "McGuire Action"), *see* Soto Action, Dkt. 10, and the parties in the McGuire Action filed a joint letter requesting the same, *see* McGuire Action, Dkt. 14;

WHEREAS on November 25, 2024, the Court granted the parties' consolidation request, *see* McGuire Action, Dkt. 15 ("Consolidation Order");

WHEREAS the Consolidation Order directed that the Soto Action be the controlling case of the two consolidated cases and that no further filings be made in the McGuire Action;

WHEREAS the Consolidation Order directed the Clerk of Court to administratively close the McGuire Action;

WHEREAS on November 25, 2024, the McGuire Action was administratively terminated;

WHEREAS on May 14, 2025, Plaintiffs in the McGuire Action filed a Motion for Preliminary Approval of Class Action Settlement and related papers, *see* McGuire Action, Dkts. 16–20, contrary to the Court's directive in the Consolidation Order; and

WHEREAS the Court entered a final order and judgment in the consolidated Soto Action on October 15, 2025, *see* Soto Action, Dkt. 42;

IT IS HEREBY ORDERED that the Clerk of Court STRIKE Dkts. 16–20 in the McGuire Action, 24-CV-07354, as improperly filed and terminate the open motion at Dkt. 16.

IT IS FURTHER ORDERED that no further filings shall be made under case number 24-CV-07354. The McGuire Action, 24-CV-07354, is administratively TERMINATED.

**SO ORDERED.**

Date:  **November 10, 2025**  
       **New York, New York**

**VALERIE CAPRONI**  
**United States District Judge**